1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   mike.bettinger@klgates.com
2  STEPHEN M. EVERETT (STATE BAR NO. 121619)
   stephen.everett@klgates.com
3  CURT HOLBREICH (STATE BAR NO. 168053)
   curt.holbreich@klgates.com
4  ELAINE Y. CHOW (STATE BAR NO. 194063)
   elaine.chow@klgates.com
5  DEIRDRE M. DIGRANDE (STATE BAR NO. 199766)
   deirdre.digrande@klgates.com
6  HOLLY HOGAN (STATE BAR NO. 238714)
   holly.hogan@klgates.com
7  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
8  San Francisco, CA 94111
   Tel: (415) 882-8200
9  Fax: (415) 882-8220

10 Attorneys for Defendants
   STMICROELECTRONICS N.V. and
11 STMICROELECTRONICS INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., | Case No. C 10-05449 RS |
| Plaintiff, | **RS** |
| v. | [PROPOSED] ORDER ALLOWING EQUIPMENT IN THE COURTROOM |
| STMICROELECTRONICS N.V.; STMICROELECTRONICS INC., | |
| Defendants. | |

Whereas the Claim Construction Tutorial in the above referenced matter will be held on Wednesday, August 1, 2012 at 10:00 a.m.

Whereas Defendants STMicroelectronics N.V. and STMicroelectronics Inc ("STMicroelectronics") respectfully request permission to use the following equipment at the Claim Construction Tutorial:

Printed on Recycled Paper

1. One (1) video camera;
2. One (1) Cart;
3. One (1) Tripod;
4. One (1) Mixer;
5. One (1) dvd back-up device;
6. One (1) audio back-up device;
7. Several microphones;
8. Several cords, cabling and gaffing tape; and
9. Four (4) laptop computers.

IT IS HEREBY ORDERED that Defendants STMicroelectronics will be allowed to use the following equipment at the hearing on Claim Construction to be held on Wednesday, August 1, 2012 at 10:00 a.m.:

1. One (1) video camera;
2. One (1) Cart;
3. One (1) Tripod;
4. One (1) Mixer;
5. One (1) dvd back-up device;
6. One (1) audio back-up device;
7. Several microphones;
8. Several cords, cabling and gaffing tape; and
9. Four (4) laptop computers.

Dated: 7-27-12

Hon. _____
Honorable Richard Seeborg