| | |
|---|---|
| GREGORY P. STONE (SBN 078329) | MICHAEL J. BETTINGER (SBN 122196) |
| *gregory.stone@mto.com* | *mike.bettinger@klgates.com* |
| KATHERINE K. HUANG (SBN 219798) | STEPHEN M. EVERETT (SBN 121619) |
| *katherine.huang@mto.com* | *stephen.everett@klgates.com* |
| PETER E. GRATZINGER (SBN 228764) | CURT HOLBREICH (SBN 168053) |
| *peter.gratzinger@mto.com* | *curt.holbreich@klgates.com* |
| KEITH R.D. HAMILTON (SBN 252115) | ELAINE Y. CHOW (SBN 194063) |
| *keith.hamilton@mto.com* | *elaine.chow@klgates.com* |
| DAVID H. PENNINGTON (SBN 272238) | K&L GATES LLP |
| *david.pennington@mto.com* | Four Embarcadero Center, Suite 1200 |
| MUNGER, TOLLES & OLSON LLP | San Francisco, CA 94111 |
| 355 South Grand Avenue, 35th Floor | Phone:  (415) 882-8200 |
| Los Angeles, CA 90071-1560 | Fax:  (415) 882-8220 |
| Telephone: (213) 683-9100 | |
| Facsímile: (213) 687-3702 | Attorneys for Defendant |
| | STMICROELECTRONICS N.V. and |
| PETER A. DETRE (SBN 182619) | STMICROELECTRONICS INC. |
| *peter.detre@mto.com* | |
| MUNGER, TOLLES & OLSON LLP | |
| 560 Mission Street, 27th Floor | |
| San Francisco, CA 94105 | |
| Telephone: (415) 512-4000 | |
| Facsimile: (415) 512-4077 | |

Attorneys for Plaintiff
RAMBUS INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAMBUS INC., | Case No. 3:10-CV-05449- RS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER RE ADR** |
| v. | |
| STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC., | |
| Defendants. | |

1    WHEREAS, on July 8, 2011, Rambus Inc., STMicroelectronics N.V. and STMicroelectronics, Inc. filed a stipulation in this matter agreeing to hold a mediation before a private ADR provider within 60 days of the Court's claim construction ruling;

WHEREAS, the Court issued its claim construction ruling on September 26, 2012, making the deadline for the agreed-upon mediation November 26, 2012;

WHEREAS, the parties have agreed to hold a mediation before the Honorable William J. Cahill of JAMS; and

WHEREAS, the first available mutually convenient date for Judge Cahill and the parties to hold the mediation is December 12, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that the deadline for the parties to hold a mediation in this matter is extended through December 12, 2012.

DATED: October 24, 2012         MUNGER, TOLLES & OLSON LLP

                                By:      /s/ Peter A. Detre
                                            Peter A. Detre

                                Attorneys for Plaintiff
                                RAMBUS INC.

DATED: October 24, 2012         K&L GATES LLP

                                By:      /s/ Elaine Y. Chow
                                            Elaine Y. Chow

                                Attorneys for Defendants
                                STMICROELECTRONICS N.V. and
                                STMICROELECTRONICS, INC.

19078367.1                      - 1 -              STIPULATION AND
                                                   [PROPOSED] ORDER RE ADR
                                                   CASE NO. 3:10-CV-05449-RS

IT IS SO ORDERED.

Dated: 10/25/12

_____
Honorable Richard Seeborg
United States District Court Judge

<u>Filer's Attestation</u>

I, Peter A. Detre, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE ADR**.  In compliance with General Order 45.X.B, I hereby attest that Elaine Y. Chow concurs in this filing.

DATED: October 24, 2010

*/s/ Peter A Detre*