1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION
10

RAMBUS INC.,                              No. C 10-05449 RS

                Plaintiff,            **CASE MANAGEMENT**
        v.                            **SCHEDULING ORDER**

STMICROELECTRONICS, N.V.,

                Defendant.
_____/

        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

Case Management Conference on December 20, 2012.  After considering the Joint Case

Management Statement submitted by the parties and consulting with the attorneys of record for

the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

        1.      DISCOVERY.  On or before April 26, 2013 all non-expert discovery shall be

completed by the parties.

        2.      EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and

opinions shall proceed as follows:

        A.      On or before May 10, 2013, parties will make initial expert disclosures in

accordance with Federal Rule of Civil Procedure 26(a)(2).

B.      On or before June 10, 2013, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.      On or before July, 12, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3.      DISPOSITIVE MOTIONS REGARDING UNCLEAN HANDS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than **July 11, 2013 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

4.      PRETRIAL CONFERENCE FOR SPOLIATION TRIAL.  The spoliation pretrial conference will be held on **August 15, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

5.      SPOLIATION/ UNCLEAN HANDS TRIAL DATE.   The Spoliation/ Unclean Hand Trial take place on **August 26-27, 2013 (two day limit).**  Trial shall commence at 9:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

6.      PRETRIAL MOTIONS REGARDING PATENT TRIAL.  All pretrial motions regarding the patent trial must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than **February 20, 2014 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

7.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **March 27, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

CASE MANAGEMENT SCHEDULING ORDER

8.      TRIAL DATE.   Trial shall commence on **April 14, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   2/15/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER