IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS, INC., | No. C 10-05449 |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| STMICROELECTRONICS N.V., STMICROELECTRONICS INC., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-2, plaintiff Rambus, Inc. is ordered to file its opposition, if any, to defendants' motion for relief from a nondispositive pretrial order of the special master (Dkt. 142) by Thursday, March 7, 2013.   Defendants may file a reply brief of no more than two pages by Tuesday, March 12, 2013, if they so choose.

IT IS SO ORDERED.

Dated: 2/28/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-05449-RS
ORDER