**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RAMBUS, INC.,

    Plaintiff,

  v.

STMICROELECTRONICS N.V.,
STMICROELECTRONICS INC.,

    Defendants.

No. C 10-05449

**ORDER SETTING BRIEFING SCHEDULE**

Pursuant to Civil Local Rule 72-2, defendant STMicroelectronics is ordered to file its opposition, if any, to plaintiff's motion for relief from a nondispositive pretrial order of the special master (Dkt. 157) by Monday, April 15, 2013. Plaintiff may file a reply brief of no more than two pages by Friday, April 19, 2013, if it so chooses.

IT IS SO ORDERED.

Dated: 4/8/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE