1   GREGORY P. STONE (SBN 78329)  MICHAEL J. BETTINGER (SBN 122196)
    *gregory.stone@mto.com*  *mike.bettinger@klgates.com*
2   PETER E. GRATZINGER (SBN 228764)  STEPHEN M. EVERETT (SBN 121619)
    *peter.gratzinger@mto.com*  *stephen.everett@klgates.com*
3   JEFFREY Y. WU (SBN 248784)  CURT HOLBREICH (SBN 168053)
    *jeffrey.wu@mto.com*  *curt.holbreich@klgates.com*
4   KEITH R. HAMILTON (SBN 252115)  ELAINE Y. CHOW (SBN 194063)
    *keith.hamilton@mto.com*  *elaine.chow@klgates.com*
5   MUNGER, TOLLES & OLSON LLP  K&L GATES LLP
    355 South Grand Avenue  Four Embarcadero Center, Suite 1200
6   Thirty-Fifth Floor  San Francisco, CA 94111
    Los Angeles, California 90071-1560  Tel: (415) 882-8200
7   Telephone:     (213) 683-9100  Fax: (415) 882-8220
    Facsimile:     (213) 687-3702
8                                         SEAN PAK (SBN 219032)
    PETER A. DETRE (SBN 182619)  *seanpak@quinnemanuel.com*
9   *peter.detre@mto.com*  PETER A. KLIVANS (SBN 236673)
    MUNGER, TOLLES & OLSON LLP  *peterklivans@quinnemanuel.com*
10  560 Mission Street, 27th Floor  QUINN EMANUEL URQUHART &
    San Francisco, CA 94105  SULLIVAN, LLP
11  Telephone: (415) 512-4000  50 California Street, 22nd Floor
    Facsimile: (415) 512-4077  San Francisco, CA 94111
12                                        Telephone: (415) 875-6600
    Attorneys for Plaintiff  Facsimile: (415) 875-6700
13  RAMBUS INC.
                                          Attorneys for Defendants
14                                        STMICROELECTRONICS N.V. and
                                          STMICROELECTRONICS, INC.
15

16              **IN THE UNITED STATES DISTRICT COURT**

17           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18                    **SAN FRANCISCO DIVISION**

19

20  RAMBUS INC.,                          Case No. 3:10-CV-05449- RS

21              Plaintiff,                **STIPULATION AND [PROPOSED] ORDER
                                          OF DISMISSAL**
22  vs.

23  STMICROELECTRONICS N.V.;
    STMICROELECTRONICS INC.,
24

25              Defendants.

26

27

28
                                          STIPULATION AND [PROPOSED] ORDER
                                          OF DISMISSAL
                                          CASE NO. 3:10-CV-05449-RS

1    WHEREAS, Plaintiff Rambus Inc. ("Rambus") and Defendants STMicroelectronics N.V.

2  and STMicroelectronics Inc. (collectively, "STMicro") have settled this matter on mutually-

3  agreeable terms.

4    NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of

5  Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between

6  the parties, through their undersigned counsel of record, that:

7    1.  Rambus hereby dismisses all claims brought against STMicro in this action with

8  prejudice;

9    2.  STMicro hereby dismisses all counterclaims brought against Rambus in this action

10  with prejudice;

11    3.  Each party shall bear its own costs and attorneys' fees.

12

13  DATED: June 17, 2013                    MUNGER, TOLLES & OLSON LLP

14
                                           By:   /s/ Peter A. Detre
15                                               Peter A. Detre

16                                         Attorneys for Plaintiff
                                           RAMBUS INC.
17

18
                                           K&L GATES LLP
19  DATED: June 17, 2013                    QUINN EMANUEL URQUHART & SULLIVAN,
                                           LLP
20

21                                         By:   /s/ Michael J. Bettinger
                                                 Michael J. Bettinger
22

23                                         Attorneys for Defendants
                                           STMICROELECTRONICS N.V. and
24                                         STMICROELECTRONICS INC

25

26

27

28
                                                      STIPULATION AND [PROPOSED] ORDER
                              - 1 -                            OF DISMISSAL
                                                       CASE NO. 3:10-CV-05449-RS

1          IT IS SO ORDERED.

2

3    Dated: 6/19/13                                    _____
                                                        Honorable Richard Seeborg
4                                                       United States District Court Judge

5

6

7

8                              **Filer's Attestation**

9          I, Peter A. Detre, am the ECF user whose identification and password are being

10   used to file this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**. In

11   compliance with Local Rule 5-1(i), I hereby attest that the above-named signatories concur

12   in this filing.

13

14   DATED: June  17, 2013

15                                          _____*/s/ Peter A. Detre*_____
                                                        Peter A. Detre
16

17

18

19

20

21

22

23

24

25

26

27

28
                                                               STIPULATION AND
                              - 2 -                         [PROPOSED] ORDER OF DISMISSAL
                                                            CASE NO. 3:10-CV-05449-RS